UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KRUA THAI RESTAURANT, a business of unknown form; LILLIAN SASSON, an individual and trustee of THE LILLIAN SASSO TRUST, U/T/A OF DECEMBER 13, 1990; and DOES 1-10,<br><br>Defendants. | Case No.: 2:18-cv-07407-CJC-SKx<br><br>**ORDER DISMISSAL WITH PREJUDICE [24]** |

JS-6

ORDER FOR DISMISSAL
WITH PREJUDICE

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Carmen John Perri ("Plaintiff") and Krua Thai Restaurant and Lillian Sasson ("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: December 21, 2018

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE